IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DANIEL MCDONALD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: |
| | ) | |
| SWEEPING CORPORATION OF AMERICA, | ) ) ) | |
| | ) | CV-09-P-1564-S |
| Defendant. | ) | |

## COMPLAINT

Plaintiff Daniel McDonald states his Complaint against defendant Sweeping Corporation of America as follows:

1. This action is brought pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 *et. seq*. ("FLSA") This Court has jurisdiction of this action pursuant to 29 U.S.C. § 216 and 28 U.S.C. § 1331. Plaintiff is a citizen of the United States. The actions complained of took place in this district and division and venue is proper.

2. Plaintiff has been an employed by defendant since 2001, and is still so employed.

3. While employed by defendants, plaintiff has regularly worked many hours over 40 in each many weeks.

4. Defendant is subject to the provisions of the Fair Labor Standards Act. Plaintiff is engaged in commerce.

5. Plaintiff was not paid time and a half for his substantial overtime hours.

6. Defendants are required by the FLSA to pay plaintiff one and one half times his regular hourly rate for any hours over 40 worked in any given workweek. The defendant has failed and refused to properly pay plaintiff for his overtime.

7. Plaintiff is not exempt from the application of the FLSA under any of its provisions.

8. Defendant's refusal to pay plaintiff the overtime rate required by FLSA was willful.

Wherefore, plaintiff demands judgment against defendants, jointly and severally, for all unpaid overtime at the rate required by the FLSA plus an equal amount as liquidated damages, and for attorney's fees and costs as provided in the FLSA.

_____
Braxton Schell Jr.

Of Counsel:
BRAXTON SCHELL, JR., P.C.
1330 21st Way South, Suite 210
Birmingham, Alabama 35205
(205) 933-8512
(205) 933-1345 – fax

**PLEASE SERVE THE DEFENDANTS BY CERTIFIED MAIL AT:**

Sweeping Corporation of America
Attn: Tom Rice, President
713 Melpark Drive
Nashville, Tennessee 37204