# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DANIEL MCDONALD,** | }<br>} |
| **Plaintiff,** | }<br>} |
| v. | }    Case No.: 2:09-CV-1564-RDP<br>} |
| **SWEEPING CORPORATION OF AMERICA,** | }<br>}<br>} |
| **Defendant.** | }<br>}<br>} |

## ORDER OF DISMISSAL

This is before the court on the Parties' Joint Motion for Approval of Settlement ("Joint Motion") (Doc. # 20), filed on May 21, 2010. The parties request that the court issue an order approving their agreement for the compromise and dismissal of this matter, which involves claims brought by Plaintiff under the Fair Labor Standards Act (the "FLSA"). As explained in *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982), agreements of this nature, which settle claims under the FLSA, are subject to approval by the court.

The court acknowledges that this Order is a judicial approval of a reasonable compromise and not a finding, conclusion, or reflection of any admission of a violation of the Fair Labor Standards Act, willful, intentional, or otherwise. The court has reviewed the parties' agreement and finds the terms and conditions of the settlement, and specifically its amount and structure, are fair, equitable, and reasonable, and in compliance with the provisions and policies of the FLSA. Accordingly, it is **ORDERED** as follows:

1.     The parties' Joint Motion for Approval of Settlement (Doc. # 20) is **GRANTED**.

2.     The Settlement Agreement, Release and Waiver, attached as Exhibit 1 to the Joint

Motion (Doc. # 20, Ex. 1), and the monetary distribution, form and manner of payment as to Plaintiff and Plaintiff's counsel described therein are **APPROVED**, and Defendant is **ORDERED** to make the payments set forth therein.

      3. This case is **DISMISSED WITHOUT PREJUDICE**. The parties are **DIRECTED** to submit a joint stipulation of dismissal once all payments pursuant to the Settlement Agreement are made, but not later than **fifteen (15) days** from the entry date of this Order, at which time the court will dismiss this matter with prejudice.

      **DONE** and **ORDERED** this  24th  day of May, 2010.

      **R. DAVID PROCTOR**
      UNITED STATES DISTRICT JUDGE